■■■ KATHLEEN E. TAFT, Appellant, v ANDREA G. MORAN et al., Respondents. (Appeal No. 1.) [939 NYS2d 900]—Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered April 7, 2011 in a personal injury action. The order granted the motion of defendants for summary judgment dismissing the complaint and denied the cross motion of plaintiff for partial summary judgment.

■■■ KATHLEEN E. TAFT, Appellant, v ANDREA G. MORAN et al., Respondents. (Appeal No. 2.) [940 NYS2d 909]—Appeal from a judgment of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered April 20, 2011 in a personal injury action. The judgment dismissed the complaint.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed without costs. Present—Scudder, P.J., Centra, Carni, Lindley and Martoche, JJ.